**Memorandum Opinion filed November 15, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00584-CV

---

### DARREL A. BODE, Appellant

### V.

### CITIBANK NA, Appellee

---

### On Appeal from County Civil Court at Law No. 3
### Harris County, Texas
### Trial Court Cause No. 1001673

---

## M E M O R A N D U M      O P I N I O N

This appeal is from a judgment signed May 24, 2012. No clerk's record has been filed. A partial clerk's record was filed on August 15, 2012. The record reflects the trial court signed an order sustaining the Harris County Clerk's contest to appellant's claims of indigence. Appellant did not file a motion with this court challenging the order. *See* Tex. R. App. P. 20.1(j)(1) (West Supp. 2012).

The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record. On September 20, 2012,

notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce and McCally.